[No. 8350-7-II. Division Two. December 10, 1986.]

*In the Matter of the Marriage of* DEBORAH SCHOOLCRAFT, *Respondent, and* JAMES MICHAEL SCHOOLCRAFT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 181745, Waldo F. Stone, J., entered December 14, 1984. *Dismissed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 8411-2-II. Division Two. December 10, 1986.]

PAMECO–AIRE CO., *Appellant,* v. NORTH KITSAP SCHOOL DISTRICT NO. 400, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00218-4, James I. Maddock, J., entered December 27, 1984. *Affirmed* by unpublished opinion per Day, J. Pro Tem., concurred in by Meiner and Pearson, JJ. Pro Tem.

[No. 7912-7-II. Division Two. December 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS G. MENIZE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00484-5, J. Dean Morgan, J., entered June 28, 1984. *Affirmed* by unpublished opinion per Hanley, J. Pro Tem., concurred in by Dolliver and Swayze, JJ. Pro Tem.